IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF FLORIDA, GAINSVILLE DIVISION

PROVIDED TO
WASHINGTON CI ON

FEB 0 4 2008

FOR MAILING Ę.W.

EDWIN F. WASHINGTON
        Plaintiff
v.
JAMES, MCDONOUGH,
Secretary, Etc,
        Defendant.

CASE NO.: 5:08cv38 SPM|EMT
          To be place by Court

## COMPLAINT FOR RETAILATORY TREATMENT AND INJUNCTION

The Plaintiff, Edwin F. Washington, Moves this Honor Court
for Retailatory Treatment and Injunction prohibiting Sgt.
Merritt on the 3 to 11 shift from denying me access to meal
dining room during meal times in accordance with Battle v.
Anderson, 564 F2d 388, 393 (10th Cir. 1977), Adams V. Pate, 445 F2d
105 (7th Cir 1971), Haines V. Kerner, 492 F2d 937 (7th cir 1974),
Cruel and unusual punishment.

### STATEMENT OF FACTS

1. On February 1, 2008 at 4:40 on the 3 toll shift in the dining
room inmates was told by Sgt. Merrit to put their trays down
before geting something to drink. As a result of this Order
an inmate set at the wrong table wher my tray was a stared
to place his hand all over my food. When i ask him what was
he doing he begain to get lond and we pass words and took
a set in our right place. After we were seted we both
were order out of the dining room by Sgt. Merritt and
was told by him to leive the trays on the tabde for
others inmate to eat.
2. This is not the frist time this had happen with Sgt.
Merritt, I have written complaints against Sgt. Merritt
in the pass concering him deniying me inadequate access
to meal in the dining room doing meal time on the 3 toll
shift. Sgt. Merritt willforly continue to Retailatave
against me because i have filed complaints against him.
3. Sgt. Merritt omission of harassing inmate Washington
went from personal to official misconduct. On 2-1-08
in the presences of numerious of inmats out of F-Dorm
at Washington C.I. at 4:40 PM.

## ARGUMENT

1. Sgt. Merritt in bad faith took it upon himself to over Look ignore Department of Corrections rules and use his omission of Retailatory Treatment against me.

2. These conditions that i have when through in the dining room with sgt. Merritt is to per se unconstitutional because the purpose of the prohibition against cruel and unusual punishment is to protect and safeguard a prison inmate from an environment where degeneration is probable and self-improvement unlikely due to conditions which inflict needness mental or physical suffering see Battle v. Anderson 564 F2d 388, 393 (10th Cir. 1977), Hutto v. Finney, supra at 682, 98 S. Ct. at 2569, Haines v. Kerner, 492 F2d 937 (7th Cir. 1974), Adams v. Pate, 445 F2d 105 (7th Cir. 1971), This act by Sgt. Merritt was unconstitutional, and damages.

This 4 day of Feburary 2008

                          S) Edwin F. Washington
                          Washington Correctional Inst.
                          4455 Sam Mitchell Drive
                          Chipley, Florida 32428

USA FIRST-CLASS FOREVER

Mailed From 32428
02/05/2008
$00

US POSTAGE

Haslar

GMF BAY COU

FL 324

05 FEB 2008

MAILED FROM A STATE CORRECTIONAL FACILITY

Edwin Washington-625867-F2-210-Lower
Washington Correctional Institution
4455 Sam Mitchell Drive
Chipley, Florida 32428

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
401 S.E. 1st AVENUE, SUITE 243
GAINESVILLE, FLORIDA 32601-6805

Legal Mail

PROVIDED TO
WASHINGTON CI ON

FEB 04 2008

FOR MAILING  E. W.