IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWIN F. WASHINGTON,

       Plaintiff,

vs.                                                     CASE NO.: 5:08cv38-SPM/EMT

JAMES McDONOUGH, et al.,

       Defendants.
_____/

**ORDER**

       This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 17). Plaintiff has been furnished a copy and filed a "Notice to Invoke Discretionary Jurisdiction" (doc. 4) in response. However, this notice is not clear and does not appear to state any specific objections to the findings and legal conclusions of the Magistrate Judge. Therefore, despite his response to the Report and Recommendation, this Court finds that the Report and Recommendation should be adopted.

       Because Plaintiff has filed three or more other cases that have been dismissed as frivolous, malicious, or for failure to state a claim, Plaintiff must pay the filing fee before he can proceed. 28 U.S.C. § 1915(g). His allegations are too vague to show that he is in imminent danger of serious physical injury to

qualify for the exception to this statute.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 17) is hereby *adopted* and incorporated by reference in this order.

2. This case is *dismissed without prejudice* to Plaintiff's opportunity to re-file his complaint with full payment of the $350 filing fee.

DONE AND ORDERED this twelfth day of September, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 5:08cv148-SPM/AK